377 A.2d 189

Commonwealth v. Tillery, Appellant.

Submitted September 13, 1976. Roy H. Davis, Assistant Public Defender, for appellant; Frank T. Hazel, District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.